# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Tara Mays

                Plaintiff,

v.

City of Chicago, et al.

                Defendant.

Case No.: 1:22–cv–05777
Honorable Sharon Johnson Coleman

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 9, 2025:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Defendants Brian Bolton, Robert Gonzalez, Manuel Leano, Douglas Nichols, Elsworth Smith Jr.'s motion to withdraw appearance of counsel [47] is granted. Attorney William E. Bazarek terminated. No appearance necessary on 4/15/2025. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.